# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Joel Marvin Munt,                                 Civ. No. 19-1560 (WMW/BRT)

          Plaintiff,

v.

                                       **ORDER ON DOCKET ENTRIES**
Paul Schnell, David Reishus, Sherlinda              **NOS. 3 & 4**
Wheeler, Jeff White, Jeanne Michels, Sue
Farmer, and Glenn D. Lisowy,

          Defendants.

---

This matter is before the Court on Plaintiff Joel Marvin Munt's First Motion for Expedited Temporary Restraining Order Pursuant to Fed. R. Civ. P. 65(b). (Doc. No. 17.) Despite its title, this is actually Plaintiff's second motion for a TRO in this matter. The first was filed on June 13, 2019 and makes substantially the same claims for relief as the present motion. (*See* Doc. No. 3, Mot. for Temporary Restraining Ord.; Doc. No. 4, Aff. of Joel Marvin Munt.)

Therefore, based on the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Temporary Restraining Order (**Doc. No. 3**) is **DENIED** because it has been superseded by his First Motion for Expedited Restraining Order Pursuant to Fed. R. Civ. P. 65(b).

2. Plaintiff's First Motion for Expedited Temporary Restraining Order Pursuant to Fed. R. Civ. P. 65(b) (**Doc. No. 17**) will be taken under advisement.

Date: October 22, 2019

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge