# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Joel Marvin Munt, | Civ. No. 19-1560 (WMW/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Paul Schnell, David Reishus, Sherlinda Wheeler, Jeff White, Jeanne Michels, Sue Farmer, and Glenn D. Lisowy, | |
| Defendants. | |

Plaintiff Joel Marvin Munt has requested permission to submit a 17,500-word response to Defendants' Memorandum of Law in support of their Motion to Dismiss. (Doc. Nos. 39, 40, 51.) Defendants do not oppose this request. (Doc. No. 54.)

**IT IS HEREBY ORDERED THAT** Plaintiff's request to submit a 17,500-word response **(Doc. No. 51)** is **GRANTED**.

Date: February 3, 2020

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge