## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Joel Marvin Munt,

                                          Case No. 19-cv-1560 (WMW/BRT)

                          Plaintiff,

                                          **ORDER ADOPTING REPORT AND**
            v.                            **RECOMMENDATION**

Paul Schnell, David Reishus, Sherlinda
Wheeler, Jeff White, Jeanne Michels, Sue
Farmer, and Glenn D. Lisowy,

                          Defendants.

---

This matter is before the Court on the January 23, 2020 Report and Recommendation (R&R) of United States Magistrate Judge Becky R. Thorson. (Dkt. 53.) The R&R recommends denying Plaintiff Joel Marvin Munt's motion for a temporary restraining order (TRO). Munt filed timely objections to the R&R and Defendants responded. For the reasons addressed below, the Court overrules Munt's objections and adopts the R&R.

A district court reviews *de novo* any portion of an R&R to which timely objections are filed. 28 U.S.C § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3); LR 72(b)(3); *United States v. Lothridge*, 324 F.3d 599, 600 (8th Cir. 2003). The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Any objections to the R&R must specify the nature of the objection and the grounds for doing so. *Montgomery v. Compass Airlines, LLC*, 98 F. Supp. 3d 1012, 1017 (D. Minn. 2015). Any objection that merely repeats arguments that were

presented to and considered by a magistrate judge is not reviewed *de novo*, but rather is reviewed for clear error. *Id.* In this instance, Munt's objections are not specific to the relevant *Dataphase* factors,[1] nor does he offer any factual or legal basis for his objections. Accordingly, this Court reviews the R&R for clear error. Having carefully performed this review, the Court finds no clear error. For this reason, the Court overrules Munt's objections and adopts the R&R.

### ORDER

Based on the R&R, the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1.      Plaintiff Joel Marvin Munt's objections to the January 23, 2020 R&R, (Dkt. 56), are **OVERRULED**.

2.      The January 23, 2020 R&R, (Dkt. 53), is **ADOPTED**.

3.      Plaintiff Joel Marvin Munt's motion for a temporary restraining order, (Dkt. 17), is **DENIED**.


Dated:  April 2, 2020                                    s/Wilhelmina M. Wright
                                                         Wilhelmina M. Wright
                                                         United States District Judge

---

[1]      *See Dataphase Sys., Inc. v. C L Sys., Inc.*, 640 F.2d 109, 113 (8th Cir. 1981).